**Electronically Filed
Supreme Court
SCWC-12-0000106
05-JUL-2013
02:19 PM**

SCWC-12-0000106

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DANIEL S. NAKANO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000106; CASE NO. 1DTA-11-02743)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Daniel S. Nakano's application for writ of certiorari filed on May 28, 2013, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, July 5, 2013.

Samuel P. King, Jr.,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

